## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MICHAEL ZENQUIS, | Civil Action |
| Plaintiff, | No.  11-1941 |
| v. | |
| CITY OF PHILADELPHIA, et al. | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 16th day of March, 2012, for the reasons stated in the accompanying opinion, it is hereby **ORDERED** that:

(1)     The City of Philadelphia's May 18, 2011, motion for leave to file a reply brief (Docket No. 10) is **GRANTED**, and the reply memorandum attached to that motion is deemed **FILED**, *nunc pro tunc*, as of May 18, 2011; and,

(2)     The City of Philadelphia's April 11, 2011, motion to dismiss the plaintiff's amended complaint (Docket No. 7) is **DENIED**.

BY THE COURT:


/s/ Louis H. Pollak
Pollak, J.