IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ZENQUIS, <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION <br> NO. 11-1941 |
| v. | : <br> : <br> : | |
| CITY OF PHILADELPHIA, <br> Defendant. | : <br> : | Jury Trial Demand |

### STIPULATION TO DISMISS

The following is hereby stipulated to by and between Jonathon Feinberg, Esquire on behalf of Michael Zenquis, the plaintiff, and Amanda C. Shoffel, Esquire, on behalf of all named City of Philadelphia defendants:

1. The following parties are DISMISSED with prejudice: Detective Blowes, Officer Conard, Officer Denofa, Detective Dragon, Detective Enriquez, Detective Gage, Officer Latorre, Lt. McDevitt, Detective Miles, Detective O'Malley, Officer Walsh, Officer Williams, Officer Wilson, Detective Marcellino and The City of Philadelphia.

Jonathon Feinberg, Esquire
Attorney for Plaintiff

Dated: 8/8/12

Amanda C. Shoffel, Esquire
Attorney for Defendants

Dated: August 7, 2012

BY THE COURT:

_____ J.

Dated: _____